IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **STANLEY PEACOCK** | **PLAINTIFF** |
| **V.** | **CIVIL ACTION NO. 3:08CV264 HTW-LRA** |
| **MICHAEL J. ASTRUE**<br>**COMMISSIONER OF SOCIAL SECURITY** | **DEFENDANT** |

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted said Report and Recommendation as the order of the court, hereby orders that the decision of the Commissioner be affirmed. The above-styled and numbered cause is dismissed.

**SO ORDERED AND ADJUDGED, this the 31ST day of March, 2010.**

s/ HENRY T. WINGATE
_____

CHIEF JUDGE
UNITED STATES DISTRICT COURT